No. 89-5020.  GRIFFIN *v.* TATE, SUPERINTENDENT, CHILLI-COTHE CORRECTIONAL INSTITUTE.  C. A. 6th Cir.  Certiorari denied.

No. 89-5022.  GLASPER *v.* BUTLER, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89-5023.  JONES *v.* TAYLOR, WARDEN.  Sup. Ct. Va. Certiorari denied.

No. 89-5024.  CURTIS, FKA BAKER *v.* BAKER.  Sup. Ct. Iowa. Certiorari denied.

No. 89-5026.  FANNY *v.* ENGLEMAN ET AL.  C. A. 3d Cir. Certiorari denied.

No. 89-5027.  MCDONALD *v.* METROPOLITAN GOVERNMENT FOR NASHVILLE AND DAVIDSON COUNTY ET AL.  Sup. Ct. Tenn. Certiorari denied.

No. 89-5028.  MAK *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 89-5029.  JOHNSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 89-5031.  LAWSON *v.* TANEDO ET AL.  C. A. 6th Cir. Certiorari denied.

No. 89-5033.  GALVAN-GARCIA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 89-5034.  CAMPER *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 89-5035.  LUCAS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 89-5036.  A JUVENILE *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 89-5039.  SINDRAM *v.* MARYLAND.  Cir. Ct. Prince George's County, Md.  Certiorari denied.

No. 89-5041.  HARRIS *v.* HALL ET AL.  C. A. 5th Cir.  Certiorari denied.